**Appeal Dismissed and Memorandum Opinion filed December 17, 2020.**



In The

# Fourteenth Court of Appeals

### NO. 14-20-00359-CV

## BRANDY HEARN DEFALCO, Appellant

## V.

## ANTHONY JOSEPH DEFALCO, Appellee

**On Appeal from the 53rd District Court
Travis County, Texas
Trial Court Cause No. D-1-FM-18-004752**

## MEMORANDUM OPINION

This is an appeal from a final judgment signed February 21, 2020. Appellant's brief was due September 30, 2020. No brief or motion to extend time to file the brief was filed.

On October 27, 2020, the court ordered appellant to file a brief by November 16, 2020. We cautioned that if appellant failed to comply with our order, we would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b). No brief or motion to extend time to file the brief has been filed.

Therefore, the appeal is dismissed.

PER CURIAM

Panel consists of Justices Christopher, Wise, and Hassan.